FRANCES L. WERSINGER, Appellant, v. LESLIE K. COOK, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies plaintiff's motion to strike out defendant's answer and for judgment under rule 113 of the Rules of Civil Practice, in an action to recover the accumulated payments alleged to be due under a separation agreement executed by the parties.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

MERCEDES MATELLANES, Appellant, v. LACKAWANNA SPANISH WELFARE ASSOCIATION, Respondent. MERCEDES MATELLANES, Appellant, v. FRANK PATAYO et al., Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants for no cause of action in consolidated actions for alleged assault and slander.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

LEO J. ALONZO, Appellant, v. BLANCHE D. ALONZO, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint and dismisses defendant's counterclaim without prejudice to defendant's seeking further redress.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *post*, p. 1076.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHNSON CARMICHAEL and ARTHUR ROBERTS, Appellants.— Judgment of conviction and order reversed on the facts and a new trial granted. Appeal from order denying defendants' motion for a new trial on the ground of newly discovered evidence dismissed as academic. All concur, except Taylor, P. J., who dissents and votes for affirmance. (The judgment convicts defendants of the crime of attempted robbery, first degree. The orders deny motions for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of JOHN P. HANOVEN, Petitioner, against AUGUST H. WAGENER, as Commissioner of Public Works of the City of Rochester, et al., Respondents.— Determination confirmed, without costs. All concur, except Love, J., not voting. (Review of determination of Commissioner of Public Works, Rochester, N. Y., dismissing petitioner from his office as supervisor of maintenance and operation.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *post*, p. 1076.]

EVA A. SMITH, Respondent, v. FRANK W. BOWER, Appellant.— Order reversed on the law, with $10 costs and disbursements, and motion granted, unless plaintiff stipulates within ten days from the entry of the order herein that she intends to state and does state one cause of action only in her complaint, namely, a cause of action for malicious prosecution, and that allegations of other tortious acts contained in the complaint are alleged only by way of claims of malice and aggravation of damages claimed for the malicious prosecution. In the event that the plaintiff shall so stipulate the order will be affirmed, with $10 costs and disbursements to appellant. All concur. (The order denies defendant's motion to compel plaintiff to separately state and number causes of action in an action to recover damages for an alleged malicious prosecution growing out of the arrest of plaintiff on complaint of defendant.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

In the Matter of LOUIS MAZZOLA, Appellant, against SAMUEL B. DICKER, as Mayor of the City of Rochester, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *ante*, p. 796.]